People ex rel. Kwan v Warden (2024 NY Slip Op 05551)

People ex rel. Kwan v Warden

2024 NY Slip Op 05551

Decided on November 12, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 12, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
LARA J. GENOVESI
JANICE A. TAYLOR
DONNA-MARIE E. GOLIA, JJ.

2024-11375

[*1]The People of the State of New York, ex rel. Bernice Kwan, on behalf of Mitchell Thelusca, petitioner,
v
Warden, George R. Vierno Center, etc., respondent.

Brooklyn Defender Services, Brooklyn, NY (Bernice Kwan pro se of counsel), for petitioner.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Morgan J. Dennehy, and Rafael De Leon of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Mitchell Thelusca upon his own recognizance or, in the alternative, to set reasonable bail upon Kings County Indictment No. 76298/2024.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Kings County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger, 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson, 48 NY2d 230).
To the extent that the petitioner contends that Mitchell Thelusca's detention is illegal because he is being detained with a deliberate indifference to his medical needs, this claim raises questions of fact that are more appropriately considered in the first instance by the Supreme Court, which can hold evidentiary hearings and set forth findings of fact and conclusions of law, which may be reviewed on an appropriate appellate record (see People ex rel. Grossfeld v Brann, 182 AD3d 556; People ex rel. Dieckmann v Warden, 182 AD3d 555).
Accordingly, we dismiss the writ.
BARROS, J.P., GENOVESI, TAYLOR and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court